JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JESSICA K. CALLOW and RCJ CAPITAL, LLC, a Florida limited liability company,<br><br>    *Plaintiffs,*<br><br>    *v.*<br><br>MARK SAINT JUSTE, also known as MARK ST. JUSTE, MARK LOUIS SAINT JUSTE, and MARK A. BAPTISTE; SAINT JUSTE INTERNATIONAL CORPORATION, a California corporation; WILLIAM LESLIE O'BRYAN; and DOES 1 through 10, inclusive,<br><br>    *Defendants.* | Case No. CV-09-00929-JFW-(JCx)<br><br>**STIPULATED JUDGMENT OF DISMISSAL**<br><br><br>**HONORABLE JOHN F. WALTER**<br>**UNITED STATES DISTRICT JUDGE** |

      Plaintiffs Jessica K. Callow and RCJ Capital, LLC (together, RCJ) and defendants Mark Saint Juste and Saint Juste International Corporation (together, Saint Juste) having

STIPULATED JUDGMENT OF DISMISSAL
*Page 1*

reached a settlement of RCJ's claims against Saint Juste asserted in RCJ's FIRST AMENDED COMPLAINT in this action,

JUDGMENT is entered accordingly as follows:

1. RCJ's claims against Mark Saint Juste and Saint Juste International Corporation as set forth in RCJ's FIRST AMENDED COMPLAINT are dismissed with prejudice;

2. RCJ and Saint Juste each shall bear their own costs including, but not limited to, attorney fees;

3. All and all other and/or remaining claims by or against any party hereby are dismissed.

DATED: December 3, 2009

_____
UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMENT OF DISMISSAL
*Page 2*